United States District Court
Southern District of Texas
**ENTERED**
October 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE ALFREDO CORTEZ MELENDEZ, §<br>　　　Plaintiff, §<br> §<br>VS. §<br> §<br>KRISTI NOEM, *et al.*, §<br>　　　Respondents. § | CIVIL ACTION NO. 4:25-CV-04689 |

## ORDER OF DISMISSAL

On October 3, 2025, the Plaintiff filed a Notice of Dismissal without prejudice (Dkt. #4) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

　SIGNED at Houston, Texas on October 6, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE C. HANKS, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE